# Exhibit R



# ADREVAMP.COM
18565 Soledad Cyn Rd, Ste 270
Santa Clarita, CA 91351
Tel: 1-800-339-2410  Fax: 661-310-2118

**Invoice No.** 8880
**Fed Tax ID#** ▆▆▆▆
http://www.adrevamp.com

## INVOICE

**Company:**
Scott Parr
Parr Management LLC (First Call Mechanical)
PO Box 92820
Southlake, TX 76092-0820
+1-214-663-3693

**Email:** scott.parr.s@gmail.com

| Date | 8/10/2009 |
| Last Update | 8/11/2009 |
| Rep | AS |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| | RUSH DEADLINE - FRIDAY 8-14-09 | | |
| 1 | DT ( 8.7"H x 5.99"W x 2 ) - YP Design - Plumbing - 4 rounds | $3,199.00 | $3,199.00 |
| 1 | DT ( 8.7"H x 5.99"W x 2 ) - YP Design - A/C - 4 rounds | $3,199.00 | $3,199.00 |
| 1 | HP ( 4.25"H x 5.99"W ) - Plumbing Resize | $465.00 | $465.00 |
| 1 | HP ( 4.25"H x 5.99"W ) - A/C Resize | $465.00 | $465.00 |
| 2 | free resizes | ($465.00) | ($930.00) |
| 1 | same art discount | ($3,199.00) | ($3,199.00) |
| | Phone Quote:<br>Will provide files for Unlimited Usage in the Dallas/Fort Worth area for $1850.<br><br>Will do Truck Wrap Design for $950. | | |
| | paid in full | | |
| | | **SUB TOTAL** | 3,199.00 |
| | | **SHIPPING / HANDLING** | |
| | | **TAXES** | - |
| | | **TOTAL DUE** | 3,199.00 |
| | | **DEPOSIT** | 3,199.00 |
| | | **BALANCE DUE** | - |

Scott Parr — 8/10/2009
CLIENT AUTHORIZATION — DATE

Adam Strange — 8/10/2009
AGENT FOR ADREVAMP.COM — DATE

Terms and conditions: Client accepts sole responsibility for accuracy, appropriateness and completeness of all goods and/or services provided by ADREVAMP.COM. Final proofing of all work is the responsibility of the client. Any money-back guarantee for goods and/or services provided by ADREVAMP.COM is valid from the time of purchase through the delivery of the client's first proof. To receive a refund for services provided by ADREVAMP.COM the client must request a monetary refund before any ad changes to the first proof are completed. Once any changes requested by the client are completed, any money-back guarantee will no longer be valid and a refund of the client's money will no longer be available. ADREVAMP.COM's responsibility is limited exclusively and solely to correcting, in a timely manner and at no charge, any textual errors not in the client's original material. If an error is found after the final copy is printed, published, and/or rendered, the customer will be charged for the alterations. All artwork, concepts, computer files, and photographs (unless supplied to or purchased from ADREVAMP.COM) used in the creation of the client's advertising are the property of ADREVAMP.COM. All composite photos and template layouts remain the exclusive property of ADREVAMP.COM and are fully copyright protected. Template Ads are marketed by major metropolitan areas only and all template concepts remain the exclusive property of ADREVAMP.COM. Any use of these items without permission is prohibited by law. Artwork, concepts, photographs and computer files may be purchased for an additional fee, at the sole discretion of ADREVAMP.COM. ADREVAMP.COM makes every effort to deliver goods and services in a timely manner; ADREVAMP.COM is not liable for any loss or damage which may be experienced by the client as a result of ADREVAMP.COM's inability, for whatever reason, to deliver goods or services to a client by any mutually agreed upon deadline or in a timely manner. Although every attempt is made to prevent template duplication, in the event of such duplication in a protected market area, ADREVAMP.COM will be liable for no more than the amount paid to ADREVAMP.COM for said template, and will refund the same monies upon proof of error. Some composite layouts may contain non-copyrighted stock images to which ADREVAMP.COM does not have exclusive rights. ADREVAMP.COM will at no time be liable for any damages greater than the amount charged for the ad. Client is liable for all costs in relation to collection of clients delinquent or bad debt, including attorney's fees and 1.5% interest per month on unpaid balance. Upon receiving goods, client accepts the charges for work done as fair and reasonable.

## THANK YOU FOR YOUR BUSINESS!