IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **CLOCKWORK IP, LLC**<br><br>     **Plaintiff,**<br><br>v.<br><br>**PARR MANAGEMENT, LLC d/b/a FIRST CALL SERVICE PROS and SCOTT S. PARR,**<br><br>     **Defendant,**<br><br>v.<br><br>**SUCCESS GROUP INTERNATIONAL, INC., et al,**<br><br>     **Third Party Defendants.** | **CASE NO.  3:14-cv-3879-N** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED, by and between all parties who have appeared in this action, Plaintiff Clockwork IP, LLC ("Plaintiff"), Third Party Defendants Airtime LLC and Aquila Investment Group LLC, and Defendants Parr Management, LLC and Scott S. Parr (collectively, "Parr Defendants"), by their respective counsel, to the dismissal with prejudice of this action, including dismissal of all claims brought by Plaintiff against the Parr Defendants and all claims brought by Parr Defendants against Third Party Defendants (including all claims against Success Group International, Inc., Airtime LLC, Electricians' Success International LLC, Plumbers' Success International, LLC and Aquila Investment Group LLC), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the terms of the settlement agreement executed by the parties.

Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: June 28, 2016

| | |
|---|---|
| */s/ Lucy Jewett Wheatley* <br> Aaron James Pickell <br> State Bar No. 24051193 <br> apickell@mcguirewoods.com <br> MCGUIREWOODS LLP <br> 2000 McKinney Avenue, Suite 1400 <br> Dallas, Texas 75201 <br> (214) 932-6410 <br> (214) 273-7474 (fax) <br><br> Brad R. Newberg (admitted *pro hac vice*) <br> bnewberg@mcguirewoods.com <br> MCGUIREWOODS LLP <br> 1750 Tysons Boulevard <br> Suite 1800 <br> Tysons Corner, VA 22102-4215 <br> (703) 712-5061 <br> (703) 712-5187 (fax) <br><br> Lucy Jewett Wheatley (admitted *pro hac vice*) <br> lwheatley@mcguirewoods.com <br> MCGUIREWOODS LLP <br> Gateway Plaza <br> 800 East Canal Street <br> Richmond, Virginia 23219-3916 <br> Tel: 804-775-4382 <br> Fax: 804-698-2011 <br><br> *Attorneys for Plaintiff Clockwork IP LLC and Third Party Defendants Airtime LLC and Aquila Investment Group LLC* | */s/ Abel A. Leal* <br> Abel A. Leal <br> State Bar No. 24026989 <br> aleal@jsllawfirm.com <br> JOHNSON STEPHENS & LEAL, PLLC <br> 4809 Cole Avenue, Suite 260 <br> Dallas, TX 75205 <br> (214) 559-2774 Telephone <br> (214) 919-5941 Facsimile <br><br> *Attorneys for Defendants Parr Management LLC and Scott S. Parr* |

SO ORDERED this _____ day of _____, 2016.

_____
United States District Judge

2

## **CERTIFICATE OF SERVICE**

  Pursuant to Rule II(B) of the Court's Administrative Procedures for Electronic Filing, this certifies that this document was filed on this 28th day of June, 2016 via the Court's ECF system and that service on all counsel of record listed below will be accomplished automatically through the Notice of Electronic Filing.

Abel Leal
Christopher T. Colby
Johnson & Stephens PC
4809 Cole Avenue
Suite 260
Dallas, Texas 75205

              */s/ Lucy Jewett Wheatley*
              Lucy Jewett Wheatley